HELEN MATTHIESEN et al., Respondents, v. ANTHONY ADRIAN, Appellant.— In this action to recover damages for personal injuries sustained by plaintiff wife, and by her husband for medical expenses and loss of services, the jury rendered a verdict in favor of plaintiffs. Defendant appeals from the judgment entered thereon and from an order denying his motions to dismiss the complaint and for the direction of a verdict. Judgment and order affirmed, with

costs. No opinion. Nolan, P. J., Carswell and Johnston, JJ., concur; Adel and Wenzel, JJ., dissent and vote to reverse the judgment and to dismiss the complaint on the authority of *Schmidt* v. *Cärper* (270 App. Div. 411, affd. 296 N. Y. 791) and *Angus* v. *De Graff* (244 App. Div. 864), and to dismiss the appeal from the order, as academic.